### ENTERPRISE LUMBER COMPANY *v.* CLEGG.

SIMMONS, C. J.    This case is controlled in principle by the decision in the case of *Camp* v. *Dixon*, 112 *Ga*. 872.

*Judgment affirmed.    All the Justices concur.*

Argued June 12, — Decided June 29, 1903.

Injunction.    Before Judge Roberts.    Wilcox superior court. April 15, 1903.

*Ellis, Wimbish & Ellis* and *D. B. Nicholson*, for plaintiff in error. *J. T. Hill* and *Max E. Land*, contra.

---

### MONROE *v.* FOURAKERS *et al.*

SIMMONS, C. J.    Where in a suit by M. against F. the former has introduced in evidence the record of a former suit by F. against B. and relies thereon as a former adjudication, it is error to refuse to allow him to show that, under notice from B., who had a remedy over against him, he had been vouched into court in the former suit and had participated therein in person and by attorney.    This evidence was relevant to show that the judgment, though rendered in a suit to which he was not originally a party, was nevertheless conclusive as between him and F.    Civil Code, § 5234.

*Judgment reversed.    All the Justices concur.*

Submitted June 12, — Decided June 29, 1903.

Equitable petition.    Before Judge Dart.    Clinch superior court. December 29, 1902.

*J. L. Sweat*, for plaintiff in error.